■ In the Matter of SUSAN CRAWFORD et al., Appellants, v NEW YORK CITY DEPARTMENT OF INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS, Respondent. [25 NYS3d 595]—

Appeal from order, Supreme Court, New York County (Shlomo S. Hagler, J.), entered on or about March 27, 2014, which, insofar as appealed from as limited by the briefs, granted respondent's cross motion to seal the papers it filed in opposition to the CPLR article 78 petition and the papers that petitioners filed in reply, unanimously dismissed, without costs.

Petitioners' right to appeal from the order terminated with the entry of the final judgment in this proceeding (see Matter of Aho, 39 NY2d 241, 248 [1976]). We reject any suggestion by petitioners that the rule stated in Matter of Aho is inapplicable to sealing orders, such as the order at issue on appeal (see Anonymous v Anonymous, 251 AD2d 610 [2d Dept 1998]). Further, the Aho rule is applicable even if the order appealed from does not necessarily affect the final judgment (see Siegmund Strauss, Inc. v East 149th Realty Corp., 81 AD3d 260, 266-267 [1st Dept 2010], mod on other grounds 20 NY3d 37 [2012]). The order is a nonfinal, intermediate order, because it did not dispose of the petition seeking certain documents; the doctrine of implied severance does not apply (see Burke v Crosson, 85 NY2d 10, 15-17 [1995]). Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ. ■

■ PRESS ACCESS LLC, Appellant, v 1800 POSTCARDS, INC., Doing Business as 1-800 POSTCARDS, INC., Respondent. [25 NYS3d 596]—Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered October 9, 2014, which granted defendant's motion to dismiss the complaint, unanimously affirmed, with costs.

The motion court correctly determined that plaintiff's action alleging replevin was barred by the doctrine of res judicata, because plaintiff had previously brought the same replevin claim against defendant in federal court, and that claim had been litigated and decided on the merits in defendant's favor (see Parker v Blauvelt Volunteer Fire Co., 93 NY2d 343, 347 [1999]; Miller Mfg. Co. v Zeiler, 45 NY2d 956, 958 [1978]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.